APT: USAO 2026R00316

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'26 JUN 11 PM 12:49

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 26-cr-192-PX |
| | * | |
| FRANCISCO HERMINIO AYALA-ALVARENGA, | * | (Reentry of Alien Removed After Removal, 8 U.S.C. § 1326(a)) |
| | * | |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE
### (Reentry of Removed Alien)

The Grand Jury for the District of Maryland charges that:

On or about February 19, 2026, in the District of Maryland, the defendant,

**FRANCISCO HERMINIO AYALA-ALVARENGA,**

an alien who previously had been deported and removed, knowingly entered and was found in the United States of America, having not obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. § 1326

Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

6/11/26
Date